# United States District Court

**SOUTHERN** DISTRICT OF **TEXAS**
McALLEN DIVISION

| UNITED STATES OF AMERICA | | **CRIMINAL COMPLAINT** |
| --- | --- | --- |
| V. | | Case Number: |
| Juan Carlos Carreon-Garcia  PRINCIPAL | Mexico | **M-15-0337-M** |
| A206 431 962    YOB: 1996 | | |

United States District Court
Southern District of Texas
**FILED**
MAR - 6 2015
Clerk of Court

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **March 5, 2015** in **Hidalgo** County, in the **Southern** District of **Texas** defendants(s) did,
*(Track Statutory Language of Offense)*

knowing or in reckless disregard of the fact that Rudy Geovanny Flores-Sanchez and Jose Carlos Flores-Sanchez, citizens and nationals of El Salvador and seven (7) other undocumented aliens for a total of nine (9) who had entered the United States in violation of law, did knowingly transport, or move or attempts to transport by foot said aliens in furtherance of such violation of law within the United States, that is, from a location near Progreso, Texas to the point of arrest near Progreso, Texas.

in violation of Title **8** United States Code, Section(s) **1324(a)(1)(A)(ii)    FELONY**

I further state that I am a(n) **U.S. Senior Border Patrol Agent** and that this complaint is based on the following facts:

On March 5, 2015, Border Patrol Agent A. J. Garcia, was conducting line watch duties near FM 88 and Old Military Highway 281 in Progreso, Texas. This area is approximately 2 miles north of the riverbank and it is notorious for alien and narcotics smuggling. At approximately 12:45 a.m., he was scanning with an infrared night vision camera, and spotted a group hiding in the brush. As he walked closer to them, they scattered. With the assistance of a Night Vision Scope Truck and other agents, they were able to detain eleven subjects who were determined to be undocumented aliens illegally present in the United States. All subject were then transported to the McAllen Border Patrol Station for processing.

Once at the station, it was determined that Juan Carlos CARREON-Garcia was one of the foot guides of the group. The second foot guide was not prosecuted because he was a juvenile.

Continued on the attached sheet and made a part of this complaint: [X] Yes [ ] No

Approved
Joseph Leonard

_____
Signature of Complainant

Andrew E. Johnson    Senior Patrol Agent
Printed Name of Complainant

Sworn to before me and subscribed in my presence,

March 6, 2015                                            at   McAllen, Texas
Date                                                          City and State

Dorina Ramos          , U. S. Magistrate Judge
Name and Title of Judicial Officer           Signature of Judicial Officer

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
## McALLEN, TEXAS

### ATTACHMENT TO CRIMINAL COMPLAINT:

M-15-0337-M

RE:   Juan Carlos Carreon-Garcia            A206 431 962

**PRINCIPAL STATEMENT:**

Once at the Border Patrol Station, Juan Carlos CARREON-Garcia was advised of his Miranda Rights by Border Patrol Agents. CARREON understood his rights and provided a sworn statement without the presence of an attorney.

CARREON stated that he is a citizen and national of Mexico. He stated that he and his juvenile brother attempted to smuggle the group of approximately 9 individuals. They were going to get paid $100 USD per subject. CARREON claims he is working for a male subject that goes by the nickname of "La Flama". CARREON stated that he was going to guide the group to Military Hwy where a mini-van was going to pick them up and transport them to a stash house in Progreso, Texas. CARREON further stated that he has been a foot guide a few times before. CARREON further stated that he knows that smuggling undocumented aliens into the United States is illegal.

**MATERIAL WITNESSES STATEMENTS:**
Once at the Border Patrol Station, both of the material witnesses were advised of their Miranda Rights and they provided a statement without the presence of an attorney.

1-Rudy Geovanny FLORES-Sanchez stated that he is a citizen and national of El Salvador. He has paid approximately $8,000 USD in smuggling fees to get to Houston, Texas. On March 5, 2015, his group was smuggled by raft into the United States. Once in the U.S., they followed two foot guides. FLORES identified Juan Carlos CARREON-Garcia in a photo lineup as one of the foot guides. CARREON would tell the group to follow him. They walked for about 30 minutes, then they got instructed to hide in the brush for about 3 hrs.

2-Jose Carlos FLORES-Sanchez stated that he is a citizen and national of El Salvador. He is traveling along with his brother, Rudy. He was to pay a total of $8,000 USD to be smuggled into the United States. Once they were smuggled into the United States, they followed two foot guides. Jose identified Juan Carlos CARREON-Garcia as one of the foot guides. CARREON was in the front of the group and the other guide looked like a minor. They walked for approximately 30 minutes then were instructed by CARREON to hide in the brush where they waited for approximately 3 hours before being encountered by Border Patrol.